IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-16-0259 |
| OSCAR ARMANDO SORTO ROMERO, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT FORM

**Count One: Conspiracy to Participate in the Affairs of a Racketeering Enterprise**

A. How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count One of the Seventh Superseding Indictment, conspiracy to participate in the affairs of a racketeering enterprise?

Guilty __X__          Not Guilty _____

B. If you have found the defendant OSCAR ARMANDO SORTO ROMERO not guilty of Count One, proceed to Count Two. If you have found the defendant OSCAR ARMANDO SORTO ROMERO guilty of Count One, you must next indicate which of the following acts, if any, you unanimously find were a part of that offense and reasonably foreseeable to the Defendant (check all that apply).

| Racketeering Activity | One Act | Multiple Acts |
|---|---|---|
| First-Degree Murder | | X |
| Conspiracy to Commit First-Degree Murder | | X |


1

**Count Two: Racketeering**

A.  How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Two of the Seventh Superseding Indictment, Racketeering?

Guilty __X__          Not Guilty _____

B.  If you have found the defendant OSCAR ARMANDO SORTO ROMERO not guilty as to Count Two, proceed to Count Five. If you have found the defendant OSCAR ARMANDO SORTO ROMERO guilty of Count Two, you must next indicate what overt acts of racketeering (at least two) you unanimously find OSCAR ARMANDO SORTO ROMERO committed.

| Overt Act | Not Proved | Proved |
|---|---|---|
| Racketeering Act Five—Conspiracy to Murder Victim 13 or the Murder of Victim 13 (Orellana) | X | |
| Racketeering Act Six—Conspiracy to Murder Victim 14 or the Murder of Victim 14 (Turcios) | | X |
| Racketeering Act Eight—Conspiracy to Murder Victim 19 or the Murder of Victim 19 (Bonilla, a.k.a. "Bachasolo") | | X |
| Racketeering Act Nine—Extortion | | X |
| ~~Racketeering Act Ten—Drug Trafficking~~ | — | — | *per Judge Bredar.*

**Count Five: Murder in Aid of Racketeering – Victim 13 (Orellana)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Five of the Seventh Superseding Indictment?

Guilty _____          Not Guilty __X__

**Count Six: Attempted Murder in Aid of Racketeering – Victim 13 (Orellana)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Six of the Seventh Superseding Indictment?

Guilty _____          Not Guilty __X__

**Count Seven: Assault with a Dangerous Weapon Resulting in Serious Bodily Injury in Aid of Racketeering – Victim 13 (Orellana)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Seven of the Seventh Superseding Indictment?

Guilty _____          Not Guilty __X__

2

**Count Eight: Murder in Aid of Racketeering – Victim 14 (Turcios)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Eight of the Seventh Superseding Indictment?

Guilty __X__           Not Guilty _____

**Count Nine: Conspiracy to Commit Murder in Aid of Racketeering – Victim 14 (Turcios)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Nine of the Seventh Superseding Indictment?

Guilty __X__           Not Guilty _____

**Count Ten: Attempted Murder in Aid of Racketeering – Victim 14 (Turcios)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Ten of the Seventh Superseding Indictment?

Guilty __X__           Not Guilty _____

**Count Eleven: Assault with a Dangerous Weapon Resulting in Serious Bodily Injury in Aid of Racketeering – Victim 14 (Turcios)**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Eleven of the Seventh Superseding Indictment?

Guilty __X__           Not Guilty _____

**Count Fourteen: Murder in Aid of Racketeering – Victim 19 (Bonilla, a.k.a. "Bachasolo")**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Fourteen of the Seventh Superseding Indictment?

Guilty __X__           Not Guilty _____

**Count Fifteen: Conspiracy to Commit Murder in Aid of Racketeering – Victim 19 (Bonilla, a.k.a. "Bachasolo")**

How do you find the defendant OSCAR ARMANDO SORTO ROMERO as to Count Fifteen of the Seventh Superseding Indictment?

Guilty __X__     Not Guilty _____


The foregoing constitutes the unanimous verdict of the jury.

__1/24/22__
DATE:

SIGNATURE REDACTED
FOREPERSON

4