IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                           **CRIMINAL NO. JKB-16-259**

**OSCAR SORTO ROMERO,**

    **Defendant.**

_____/

**DEFENDANT'S MEMORANDUM IN ADVANCE OF SENTENCING**

Defendant Oscar Sorto Romero respectfully submits this short Memorandum in Advance of Sentencing to identify any issues in advance of the hearing on May 6, 2022. Sorto Romero will come before the Court having been convicted at trial of Counts 2, 8-11, and 14-15. Pursuant to existing Fourth Circuit caselaw, Counts 8 and 14 require a mandatory life sentence[1]; therefore, the defense anticipates a straightforward (and from the defense perspective, brief) hearing.

While recognizing that the Court is bound to follow existing Fourth Circuit precedent regarding Counts 8 and 14, we do object to it. Counts 8 and 14 were for violating 18 U.S.C. § 1959(a)(1) that carry the statutory penalty of "death or life imprisonment, or a fine under this title, or both…." Our objection is that the plain language of the statute ("or a fine") should control so that a sentencing court has discretion to impose a fine only for Counts 8 and 14.[2]

---

[1] The Fourth Circuit interpreted the statute as requiring a mandatory minimum of life. *See United States v. Under Seal*, 819 F.3d 715, 2016, footnote 5 (4th Cir. 2016) ("As § 1959(a)(1) reflects, a person convicted of murder in aid of racketeering is also subject to a fine. However, we do not believe Congress intended a fine to be a stand-alone penalty for committing this offense.").

[2] If the Court had discretion to impose a fine only for Counts 8 and 14, we would have asked the Court to exercise its discretion in imposing a substantial term of years on the other six counts while sentencing to a fine only for counts 8 and 14.

## NO OBJECTIONS TO THE PRESENTENCE REPORT

Sorto Romero and counsel have reviewed the final Presentence Investigation Report ("PSR") and have made no objections.

## OTHER CONSIDERATIONS

Since a mandatory life sentence is required by Fourth Circuit caselaw, Sorto Romero is prepared to accept the Court's sentence and will not call sentencing witnesses. Had the Court been permitted the discretion to sentence Sorto Romero to a term of years, counsel would have presented evidence regarding 1) his age at the time of the offenses, 2) the difficulties and obstacles in his childhood, 3) the reduction in violent crime rates as persons age, and 4) the reduction in the recidivism rates as inmates age. However, since a mandatory life sentence is required, counsel anticipates an abbreviated sentencing presentation by the defense.

Sorto Romero requests that the Court recommend that the BOP place Sorto Romero at La Tuna FCI in El Paso, Texas.

Respectfully submitted,

By: _____/s/_____
       Eduardo Balarezo


By: _____/s/_____
       Christopher W. Adams


*Counsel for Oscar Sorto Romero*

DATE: May 3, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that on the above listed date this document was electronically delivered to all counsel of record via ECF.

By: \_\_\_\_\_/s/_____
          Christopher W. Adams